UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLIAM J. WILCOX, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 1-08-0030<br>JUDGE HAYNES |
| TRICAM INDUSTRIES, INC., and<br>RMM CORPORATION, d/b/a<br>TRICAM INTERNATIONAL | ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Defendant's motions for judgment as a matter of law (Docket Entry Nos. 76 and 77) are **DENIED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 21st day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge